UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **06-61604**

MAGISTRATE JUDGE SNOW / CIV-COHN

ANNICE J. GRIFFITHS,

    Plaintiff,

v.

ATTORNEY AT LAW JEFFERY J. NEEDLE, P. A.
d/b/a THE LAW OFFICE OF JEFFERY J. NEEDLE, P. A.

    Defendant.
_____/

# COMPLAINT
## JURY DEMAND

### INTRODUCTION

1. Plaintiff, ANNICE J. GRIFFITHS, brings this action to secure redress against unlawful debt collection practices engaged in by Defendant, ATTORNEY AT LAW JEFFERY J. NEEDLE, P.A. d/b/a THE LAW OFFICE OF JEFFERY J. NEEDLE, P.A. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k of the Fair Debt Collection Practices Act. Venue in this District is proper because Plaintiff resides here and the collection letter issued was sent into this District.

## PARTIES

3. Plaintiff, ANNICE J. GRIFFITHS, ("the consumer"), is an individual who resides in the Southern District of Florida.

4. Defendant, ATTORNEY AT LAW JEFFERY J. NEEDLE, P.A. d/b/a THE LAW OFFICE OF JEFFERY J. NEEDLE, P.A. ("the debt collector"), is a corporation with its principal place of business at Suite 101, 5310 Northwest 33 Avenue, Coral Springs, Florida 33065.

5. The debt collector regularly uses the United States Mail and or instrumentalities of interstate commerce in a business the principal purpose of which is the collection of debts or regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTS

6. On November 22, 2005, Defendant sent Plaintiff the collection letter attached as Exhibit A ("the collection letter"), seeking to collect an alleged debt incurred for personal, family or household reasons, more specifically, an alleged debt regarding a residential lease of the Plaintiff. Plaintiff received it shortly thereafter.

7. At the time the debt collector sent the letter there was no litigation pending between the Plaintiff and Inverrary Gardens.

8. On or about January 16, 2006 Defendant's representative communicated with the Plaintiff by telephone and failed to inform Plaintiff that Defendant was attempting to collect a debt and that any information obtained will be used for that purpose. Defendant's representative threatened garnishment of the wages of Plaintiff.

## COUNT I

## FAIR DEBT COLLECTION PRACTICES ACT

9. Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant violated the FDCPA by failing to include the notice required by §1692e(11) of the FDCPA in the January 16, 2006 telephone communication with the Plaintiff.

11. Defendant violated §1692e of the FDCPA by falsely asserting the existence of litigation in its collection letter.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Statutory damages up to $1000.00.

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as the Court deems proper.

## COUNT II

## FLORIDA CONSUMER COLLECTION PRACTICES ACT

12. Plaintiff incorporates Paragraphs 1 through 8.

13. Defendant knowingly and falsely asserted a right to garnishment when not authorized by law.

14. Defendant thereby violated, including but not limited to, Florida Consumer Collection Practices Act, Fla. Stat. §559.72 (9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Statutory damages up to $1000.00.

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _20_ day of October, 2006.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

By:_____
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

# EXHIBIT A

THE LAW OFFICE OF

*Jeffrey J. Needle, P.A.*

*Attorneys and Counselors of Law*

P.O. Box 8037, Fort Lauderdale, Florida 33310
Phone (954) 485-9900 Fax (954) 485-8527
Email: http://www.needlelaw.com/

Tuesday, November 22, 2005

548905

Annice J Griffiths
2411 NW 46th Ave
Lauderhill, FL 33313

| | |
|---|---:|
| Principal Placed | $4,935.60 |
| NSF Amount | $0.00 |
| Interest | $0.00 |
| Collection Fee | $0.00 |
| Attorney Fee | $0.00 |
| Total Placed | $4,935.60 |
| Sum Paid | $2,220.00 |
| Remaining Balance | $2,715.60 |

Re: Inverrary Gardens V Annice J Griffiths

**Settlement Amount:**        $4,935.60

## PAYMENT REMINDER NOTICE

This notice is being sent as a reminder that your next payment, in accordance with our agreement, is due on or before **November 30, 2005.**

Timely payment of the agreed upon installments will insure that we can amicably liquidate your indebtedness to Inverrary Gardens with no adverse ramifications.

Please be advised, failure to make payment of the settlement amount as agreed will result in the settlement agreement being irrevocably withdrawn. Once your settlement agreement has been withdrawn, the original balance due less any payments that have been received will be due.

If you have not already done so, forward your payment in the amount of **$105.00**. If you have any questions, please feel free to contact me directly by telephone at 954-485-9900, extension 118.

Thanking you in advance for your attention to this matter, I remain,

Sincerely,

Lea Schlosser
Cc: file

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**
Annice J. Griffiths

**DEFENDANTS**
Attorney At Law Jeffery J. Needle, P.A.
d/b/a The Law Office of Jeffery J. Needle, P. A.

CIV-COHN
MAGISTRATE JUDGE SNOW
06-61604

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

0:06 CV 61604 - Cohn - LSS

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case  15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander  ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability  **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine  ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark |  |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability  ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle  ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability  ☐ 385 Property Damage Product Liability |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | **A LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
|  |  | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS**  **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act |  | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment  ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations  ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 240 Torts to Land | ☐ 444 Welfare  ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights  ☐ 550 Civil Rights *A or B |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  |  |  | ☒ 890 Other Statutory Actions* *A or B |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6. Multidistrict Litigation   ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A ☐ CLASS ACTION UNDER F.R.C.P.23   No
DEMAND $ N/A
Check YES only if demanded in complaint   ☒ YES   ☐ NO
JURY DEMAND:

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE _____  DOCKET NUMBER _____

DATE October __, 2006   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 538515   Date Paid: _____   Amount: 350   M/fp: _____