UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-61604-Civ-Cohn/Snow

Annice J. Griffiths,

    Plaintiff,

v.

Attorney at Law Jeffery J. Needle, P. A.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

Dated December 14, 2006

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Jeffrey B. Lampert, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | 590 Royal Palm Boulevard |
| Fort Lauderdale, Florida 33339 | Royal Palm Beach, FL 33411 |
| Telephone: 954-537-2000 | Telephone: 561-333-0188 |
| Facsimile: 954-566-2235 | Facsimile: 561-333-0588 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Jeffrey B. Lampert |
| Donald A. Yarbrough, Esq. | Jeffrey B. Lampert, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 06-61604-Civ-Cohn/Snow

Annice J. Griffiths,

      Plaintiff,

v.

Attorney at Law Jeffery J. Needle, P. A.,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 14, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Jeffrey B. Lampert, Esq.
590 Royal Palm Boulevard
Royal Palm Beach, FL 33411
Telephone: 561-333-0188
Facsimile: 561-333-0588

Via U.S. Mail and Facsimile or Notices of Electronic Filing.